### 21743. MURPHY v. THE STATE.

BLOODWORTH, J. The evidence was sufficient to authorize the jury to convict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1931.

*Darsey & Darsey,* for plaintiff in error.
*W. H. Connor, solicitor,* contra.